1  JULIE M. MCCOY, Bar no. 129640
   485 E. 17TH ST.  SUITE 111
2  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
3  Fax: (949) 722-8416

4  Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 07-6596 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| TAMMY LACEY, AKA TAMMY A. LACEY, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Tammy Lacey, aka Tammy A. Lacey, in the principal amount of $5,825.56 plus interest accrued to April 8, 2008, in the sum of $1,099.24; with interest accruing thereafter at 7.22% annually until entry of judgment, for a total amount of $**6,924.80**.

DATED: April 18, 2008          By: SHERRI R. CARTER
                                   Clerk of the Court

                                   /s/K.Phillips for
                                   Sharon McGee-Traylor
                                   Deputy Clerk
                                   United States District Court

Page 5